**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**MARCO T. CADEJUSTE,**

      *Plaintiff,*

 **v.**                         **Case No.: 4:26cv27-MW/MAF**

**S. MILIKEN,**

      *Defendant.*

_____/

## <u>ORDER ACCEPTING REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation, ECF No. 36, and has also reviewed *de novo* Plaintiff's objections,

ECF No. 43. Plaintiff's claims are based entirely on Defendant Miliken's alleged

denials of grievances, which fails to give rise to a plausible claim of deliberate

indifference. *See, e.g., Castillo v. United States*, Case No.: 5:17-cv-107-Oc-34PRL,

2019 WL 1281160, at *18 n.20 (M.D. Fla. Mar. 20, 2019) (listing cases). Given that

dismissal of this claim is another "strike" for Plaintiff, Plaintiff may not proceed *in*

*forma puaperis* in future actions unless his allegations demonstrate that he is under

imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 36, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Plaintiff's motion for leave to file a second amended complaint, ECF No. 41, is **DENIED** and his second amended complaint, ECF No. 42, is **STRICKEN** as unathorized. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 28, is **DISMISSED without prejudice** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2)." The Clerk shall note on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and close the file.

**SO ORDERED on June 23, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2